District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AREEJ JABAR ABBAS,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | No. 2:23-cv-867-TL<br><br>STIPULATED MOTION & ORDER<br>TO REMAND AND DISMISS<br><br>[PROPOSED]<br><br>Note for Consideration:<br>July 27, 2023 |

Plaintiff Areej Jabar Abbas brought this action pursuant to 8 U.S.C. § 1447(b), seeking de novo review of his Form N-400, Application for Naturalization.  The parties have reached an agreement that will resolve this case in its entirety.

The parties jointly stipulate and move this Court to remand the matter to U.S. Citizenship and Immigration Services ("USCIS"), and to dismiss this matter without prejudice, without fees or costs to either party.  Once remanded, USCIS agrees to adjudicate Plaintiff's Form N-400 and, if approved, schedule an oath ceremony within thirty days of the remand.  Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

//

//

STIPULATED MOTION & ORDER
TO DISMISS AND REMAND
 (C23-867-TL) - 1

//

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 27, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

s/Jane Marie O'Sullivan
JANE MARIE O'SULLIVAN
WSBA #34486
O'Sullivan Law Office
2417 Pacific Avenue SE, Suite C
Olympia, WA 98501
Tel.: (206) 340-9980
Email: jane@osullivanlawoffice.com

*Attorney for Plaintiff*

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION & ORDER
TO DISMISS AND REMAND
(C23-867-TL) - 2

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulated motion (Dkt. No. 8), IT IS HEREBY ORDERED that this case is remanded to United States Citizenship and Immigration Services ("USCIS"). USCIS SHALL adjudicate Plaintiff's Form N-400 and, if approved, schedule an oath ceremony within thirty days from remand. This matter is DISMISSED without prejudice and without fees or costs to either party.

DATED this 28th day of July 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION & ORDER
TO DISMISS AND REMAND
(C23-867-TL) - 3